296949.1SCS14Oct08ceh

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| KENNETH DOUGLAS WARREN, Plaintiff | § § § | |
| V. | § § | CAUSE NO. 9:08-CV-173 |
| INSTA-CASH ASSETS MANAGEMENT, L.P. and INSTA-CASH MANAGEMENT, L.L.C. | § § § § | JURY DEMANDED |

### STIPULATION OF EMPLOYER

COMES NOW Insta-Cash Assets Management, L.P., Defendant herein, and states and stipulates that it was the employer Kenneth Douglas Warren.

WHEREFORE, premises considered, Insta-Cash Assets Management, L.P. stipulates that it was the employer of Kenneth Douglas Warren.

SIGNED and stipulated this 15 day of October, 2008.

By: _____
Warren T. McCollum
State Bar No. 24013127
FENLEY & BATE, LLP
224 E. Lufkin Avenue
Lufkin, Texas  75902-3346
*Attorneys for Defendant Insta-Cash Assets Management, L.P.*