296954.1SCS14Oct08ceh

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| KENNETH DOUGLAS WARREN, JR., | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | CAUSE NO. 9:08-CV-173 |
| | § | |
| INSTA-CASH ASSETS | § | |
| MANAGEMENT, L.P. and | § | JURY DEMANDED |
| INSTA-CASH MANAGEMENT, L.L.C. | § | |
|     Defendants | § | |

## STIPULATION FOR DISMISSAL

COMES NOW Kenneth Douglas Warren, Plaintiff herein, and files this Stipulation for Dismissal with regard to his claims against Insta-Cash Management, L.L.C. only in the above entitled and numbered cause.  Pursuant to Rule 41, the Plaintiff hereby stipulates that the claims against Insta-Cash Management, L.L.C. in this matter shall be dismissed with prejudice, but that Plaintiff intends to prosecute his claims against the remaining Defendant, Insta-Cash Assets Management, L.P.  The parties further stipulate the costs of Court are to be borne by the party incurring same.

By: _____
     Scott C. Skelton
     State Bar No.  00784979
     ZELESKEY CORNELIUS HALLMARK
       ROPER HICKS PLLC
     P.O. Box 1728
     Lufkin, Texas  75902-1728
     Telephone:  (936) 632-3381
     Facsimile (936) 632-6545
     *Attorneys for Plaintiff*

296954.1SCS14Oct08ceh

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered by depositing the same, enclosed in a post-paid properly addressed wrapper, in an official depository under the care and custody of the United States Postal Service, to Warren T. McCollum, FENLEY & BATE, L.L.P., 224 E. Lufkin Avenue, Lufkin, Texas 75902-0450, on this the _____ day of **October, 2008**.

Scott C. Skelton