

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| KENNETH DOUGLAS WARREN, JR., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:08- CV-173-TH |
| | § | JURY |
| INSTA-CASH ASSETS MGMT, LP and | § | |
| INSTA-CASH MANAGEMENT, LLC, | § | |
| | § | |
| *Defendants.* | § | |

# ORDER ACKNOWLEDGING PARTIAL DISMISSAL BY STIPULATION

Before the Court is a *Stipulation for Dismissal* [Clerk's Docket No. 7] filed October 15, 2008. Rule 41(a)(1) of the FEDERAL RULES OF CIVIL PROCEDURE provides that "an action may be dismissed by the plaintiff without order of the court . . . by filing a stipulation of dismissal signed by all parties who have appeared in the action."

The Court hereby **ACKNOWLEDGES** that plaintiff's claims against defendant Insta-Cash Management, L.L.C. only have been voluntarily dismissed with prejudice by stipulation.

**SO ORDERED.**

**SIGNED** this the **21** day of **October, 2008.**

_____
Thad Heartfield
United States District Judge