299798.1SCS09Dec08ceh

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| KENNETH DOUGLAS WARREN, JR.<br>Plaintiff | § § § | |
| V. | § § | CIVIL ACTION NO. 9:08-CV-173 |
| INSTA-CASH ASSETS<br>MANAGEMENT, L.P.<br>Defendant | § § § § | JURY DEMANDED |

## PLAINTIFFS' NOTICE OF DISCLOSURE

COME NOW Kenneth Douglas Warren, Jr., Plaintiff herein, and hereby gives notice of his Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a), he has disclosed all information that bears significantly on this case, subject to privilege, as allowed under law. Plaintiff further gives notice that his Disclosures provide all significant documents and information that bear significantly on this case to the best of his knowledge as of this date. However, the investigation of this claim is continuing and Plaintiff reserves the right to provide other information that bears significantly on the claim, should any become available, in accordance with Eastern District Rules.

Respectfully submitted,

ZELESKEY CORNELIUS, HALLMARK
ROPER HICKS PLLC
P.O. Box 1728
Lufkin, Texas 75902-1728
(936) 632-3381
Fax No. (936) 632-6545
sskelton@zeleskey.com

By: _____
Scott C. Skelton
State Bar No. 00784979
Attorneys for Plaintiff

299798.1SCS09Dec08ceh

## CERTIFICATE OF SERVICE

    A true and correct copy of the foregoing instrument was served or delivered by depositing the same, enclosed in a post-paid properly addressed wrapper, in an official depository under the care and custody of the United States Postal Service, to Warren T. McCollum, FENLEY & BATE, L.L.P., 224 E. Lufkin Avenue, Lufkin, Texas 75902-0450 on the 10th day of December, 2008.

                                                  Scott C. Skelton