IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| KENNETH WARREN,<br>Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | Civil Action No. 9:08cv-173<br>Judge: HEARTFIELD |
| INSTA-CASH ASSETS MANAGEMENT, LP<br>Defendant | §<br>§<br>§ | |

## DEFENDANT, INSTA-CASH ASSETS MANAGEMENT, LP'S NOTICE OF DISCLOSURE

Please take notice that Defendant has provided Plaintiff with Defendant's Initial Disclosure in compliance with F.R.C.P. 26(a) (1)(2) of the United States District Court for the Eastern District of Texas.

Respectfully submitted,

_____
WARREN T. MCCOLLUM
SBN: 24013127
FENLEY & BATE, L.L.P.
P.O. Box 450
Lufkin, Texas 75902-0450
TPN: (936) 634-3346
FXN: (936) 639-5874
ATTORNEY FOR DEFENDANT
**INSTA-CASH ASSETS MANAGEMENT, LP AND INSTA-CASH MANAGEMENT, LLC,**

## CERTIFICATE OF SERVICE

I, the undersigned attorney of record in the above-numbered and styled cause, do hereby certify that on the 11th day of December, 2008, served a true and correct copy of the foregoing to:

| | |
|---|---|
| Mr. Scott Skelton | ☐ By certified mail |
| Attorney at Law | ☐ By regular mail |
| P.O. Box 1728 | ☐ By overnight mail |
| Lufkin, Texas 75902 | ☒ By ECM |
| FAX: (936) 632-6545 | ☐ By Facsimile |

_____
WARREN T. MCCOLLUM