

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUKFIN DIVISION

| | |
|---|---|
| KENNETH DOUGLAS WARREN § | |
| § | |
| v. § | No. 9:08CV173 |
| § | JURY |
| INSTA-CASH ASSETS MANAGEMENT § | |
| L.P., et al. § | |

## ORDER ON CLOSING DOCUMENTS

The court has been advised by the parties or their attorneys that all matters in the above-styled cause have been settled and compromised, and with respect thereto makes the rulings set forth below.

It is **ORDERED** that all parties or their counsel shall submit to the court all papers necessary for the closing of this case and its removal from the active docket of this court on or before **March 3, 1009**. **If such papers are not received by the court by the scheduled deadline, the court may order dismissal of this action without further notice.** Within 60 days of a dismissal order, any party may petition to have the case reinstated upon showing good cause as to why settlement was not in fact consummated.

**SIGNED** this the **19** day of **February, 2009.**

_____
Thad Heartfield
United States District Judge