# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| **KENNETH WARREN,** § | |
| **Plaintiff** § | |
| § | |
| VS. § | **Civil Action No. 9:08cv-173** |
| § | **Judge: HEARTFIELD** |
| **INSTA-CASH ASSETS MANAGEMENT,** § | |
| **LP** § | |
| **Defendant** § | |

## MOTION AND STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE

To: The Clerk of the above entitled Court and all Parties and their respective attorneys of record:

COMES NOW, PLAINTIFF, **KENNETH WARREN** and DEFENDANT, **INSTA-CASH ASSETS MANAGEMENT, LP** and each of them, by and through their respective attorneys of record, and stipulate pursuant to the terms and conditions of the ruling of the Court and to dismiss the action in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1).

IT IS ORDERED, ADJUDGED AND DECREED by this Court that all costs of Court incurred in this cause are hereby taxed and assessed against the party incurring same.

DATE: _____February 19, 2009_____

Respectfully Submitted,

_____/s/_____
SCOTT SKELTON
SBN: 00784979
ZELESKEY, CORNELIUS, HALLMARK,
ROPER, HICKS, PLLC
P.O. Box 1728
Lufkin, Texas 75902-1728
TPN: (936) 632-3381
FXN: (936) 632-6545
ATTORNEY FOR PLAINTIFF
**KENNETH WARREN**


_____/s/_____
WARREN T. MCCOLLUM
SBN: 24013127
FENLEY & BATE, L.L.P.
P.O. Box 450
Lufkin, Texas 75902-0450
TPN: (936) 634-3346
FXN: (936) 639-5874

ATTORNEYS FOR DEFENDANT
**INSTA-CASH ASSETS MANAGEMENT, LP**