

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| KENNETH DOUGLAS WARREN, JR., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:08-CV-173-TH |
| | § | JURY |
| INSTA-CASH ASSETS MGMT LP., | § | |
| | § | |
| *Defendant.* | § | |

# ORDER ON STIPULATION OF DISMISSAL

The Court acknowledges receipt of the parties' *Motion and Stipulation to Dismiss Plaintiff's Complaint With Prejudice* [Clerk's Docket No. 13], filed February 19, 2009. Federal Rule 41(a)(1)(A)(ii) provides that "an action may be dismissed by the plaintiff without order of the court by filing...a stipulation of dismissal signed by all parties who have appeared."

The Court hereby **ACKNOWLEDGES** that all claims alleged in the above captioned action have been dismissed with prejudice by stipulation.

**IT IS THEREFORE ORDERED** that all other motions pending before the Court in this matter are **DENIED AS MOOT**, and that all costs shall be taxed against the party incurring same. The Clerk of the Court is **DIRECTED** to close this case file.

[THIS SPACE INTENTIONALLY BLANK]

**SO ORDERED.**

**SIGNED** this the **27** day of **February, 2009.**

_____
Thad Heartfield
United States District Judge